CAROLINE CLEMENTS, Appellant, v. MARY K. GORDON and SAMUEL D. GORDON, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Application of WILLIAM ROSENBLATT, Appellant, to Compel HENRY F. HOLTHUSEN and Others, Respondents, to Pay over Certain Moneys. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, as Liquidator of the UNION MUTUAL CASUALTY INSURANCE CORPORATION, Respondent, v. IVER ALPERT and Others, Defendants, Impleaded with GEORGE W. EVANS, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant, appellant, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

NEW YORK LIFE INSURANCE COMPANY, Plaintiff, v. JOHAR REALTY Co., INC., and Others, Defendants, Impleaded with SAMUEL RAPAPORT, Appellant. (TOWNSEND MORGAN and ABRAHAM I. SMOLENS, Receivers, Respondents.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

AGNES PLATTE, Appellant, v. HARRY BAMBERGER and Others, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

A. DEWITT SUMNER and Another, Appellants, v. B. J. BAKER & Co., INC., and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

M. MITCHELL GRUHN and Others, Appellants, v. CHARLES D. ROBBINS and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Application of FRANK L. NEWBURGER and Others, Appellants, against MINERVA ROSS, Respondent, for an Order Confirming the Award of the Arbitrators.— Order affirmed, with ten dollars costs and disbursements, and a new hearing directed to be had before three new arbitrators. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ESTELLE LEE WHITE HART, as Administratrix, etc., of the Estate of FRANKLIN C. WHITE, Deceased, Appellant, v. CAVANAGH BROTHERS & Co., INC., Respondent. — Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

CHARLES HOFER, Individually and as President of Milk Wagon Drivers, Chauffeurs and Helpers Union, Local No. 584, Respondent, v. GRANDVIEW DAIRY Co., INC., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, and that a preference of the case for trial be granted for June 6, 1932. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Application of HARRY G. FROMBERG, Respondent, Committee of the Estate of ROBERT THOMPSON, an Incompetent Person, for a Refund